1  WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
   CURTIS S. LEAVITT (SBN 162032)
2  cleavitt@wilkefleury.com
   ANTHONY R. EATON (SBN 238070)
3  aeaton@wilkefleury.com
   400 Capitol Mall, Twenty-Second Floor
4  Sacramento, California  95814
   Telephone:  (916) 441-2430
5  Facsimile:   (916) 442-6664

6  Attorneys for Defendants
   AETNA HEALTH PLANS OF CALIFORNIA,
7  INC.; AETNA HEALTH MANAGEMENT,
   LLC; and AETNA HEALTH MANAGEMENT,
8  INC.

9
   HOOPER, LUNDY & BOOKMAN, P.C.
10 GLENN E. SOLOMON (SBN 155674)
   gsolomon@health-law.com
11 KATHERINE M. DRU (SBN 280231)
   kdru@health-law.com
12 KATHERINE R. MILLER (SBN 247390)
   kmiller@health-law.com
13 575 Market Street, Suite 2300
   San Francisco, California  94105
14 Telephone:  (415) 875-8500
   Facsimile:   (415) 875-8519
15
   Attorneys for Plaintiff
16 LODI MEMORIAL HOSPITAL ASSOCIATION,
   INC., dba LODI HEALTH
17

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LODI MEMORIAL HOSPITAL ASSOCIATION, INC. dba LODI HEALTH, a California public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>AETNA HEALTH PLANS OF CALIFORNIA, INC.; AETNA HEALTH MANAGEMENT, LLC; and AETNA HEALTH MANAGEMENT, INC., and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:13-cv-01123-MCE-EFB<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FILING JOINT STATUS REPORT** |

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

982084.1                                    -1-                           2:13-cv-01123-MCE-EFB
STIPULATION TO EXTEND TIME FOR FILING JOINT STATUS REPORT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 6-143 of the Local Rules of this Court, plaintiff LODI MEMORIAL HOSPITAL ASSOCIATION, INC. dba LODI HEALTH and defendants AETNA HEALTH PLANS OF CALIFORNIA, INC.; AETNA HEALTH MANAGEMENT, LLC; and AETNA HEALTH MANAGEMENT, INC., hereby stipulate and agree, subject to approval by the Court, that the time for filing their Joint Status Report in this action in accordance with Local Rule 16-240 be extended to 30 days after entry of the Court's order on the pending Motion to Remand Action to State Court. The reason for the requested extension is that the pending motion bears on the subjects of the joint status report and should the court grant the motion, then completion of the report will be rendered unnecessary. This is the parties' first request for such an extension.

DATED: August 2, 2013         WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

                              By:  *//Anthony R. Eaton*
                                   ANTHONY R. EATON
                                   Attorneys for Defendants
                                   AETNA HEALTH PLANS OF CALIFORNIA,
                                   INC.; AETNA HEALTH MANAGEMENT, LLC;
                                   and AETNA HEALTH MANAGEMENT, INC.

DATED: August 2, 2013         HOOPER, LUNDY & BOOKMAN, P.C.

                              By:  *//Katherine M. Dru*
                                   KATHERINE M. DRU
                                   Attorneys for Plaintiff
                                   LODI MEMORIAL HOSPITAL ASSOCIATION,
                                   INC. dba LODI HEALTH

# ORDER

Pursuant to the parties' stipulation and good cause appearing therefrom, the time for filing the parties' Joint Status Report is hereby extended to 30 days after entry of the Court's order on the Plaintiff's pending Motion to Remand Action to State Court.

IT IS SO ORDERED.

Dated: August 5, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT