1  WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
   CURTIS S. LEAVITT (SBN 162032)
2  cleavitt@wilkefleury.com
   ANTHONY R. EATON (SBN 238070)
3  aeaton@wilkefleury.com
   400 Capitol Mall, Twenty-Second Floor
4  Sacramento, California 95814

5  Telephone:   (916) 441-2430
   Facsimile:   (916) 442-6664
6
   Attorneys for Defendants
7  AETNA HEALTH PLANS OF CALIFORNIA,
   INC., AETNA HEALTH MANAGEMENT,
8  LLC, and AETNA HEALTH MANAGEMENT,
   INC.
9
                    UNITED STATES DISTRICT COURT
10
          EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION
11

12

13 | LODI MEMORIAL HOSPITAL ASSOCIATION, INC. dba LODI HEALTH, a California public benefit corporation, | No. 2:13-CV-01123-MCE-EFB

14 | | **ORDER GRANTING REQUEST TO SEAL DOCUMENTS**

15 |           Plaintiff, |

16 |       v. |

17 | AETNA HEALTH PLANS OF CALIFORNIA, INC.; AETNA HEALTH MANAGEMENT, LLC.; AETNA HEALTH |

18 | MANAGEMENT, INC.; and DOES 1-100, inclusive, |

19 |           Defendants. |

20

21    The Court is in receipt of the Request to Seal Records, filed by Defendants AETNA HEALTH

22 PLANS OF CALIFORNIA, INC., AETNA HEALTH MANAGEMENT, LLC, and AETNA

23 HEALTH MANAGEMENT, INC ("Defendants").

24 ///

25 ///

26 ///

27 ///

28 ///

1    Defendants request that the Court seal Exhibit D attached to the Declaration of Laura L.
2 Jackson ("Jackson's Declaration") in Support of Defendants' Opposition to Plaintiff's Motion to
3 Remand Action to State Court, which was filed on August 5, 2013, as ECF No. 13, Attachment 7,[1]
4 because Exhibit D contains personal identifying information of several patients, including their names,
5 addresses, and birthdates.  Good cause appearing, Defendants' Request is hereby GRANTED.
6    The Clerk of the Court is directed to seal the document filed as ECF No. 13, Attachment 7.
7 Defendants are directed to file an appropriately redacted version of Exhibit D to Jackson's Declaration
8 and to refile Exhibit E to Jackson's Declaration within three (3) days from the date this Order is
9 electronically filed.
10   IT IS SO ORDERED.
11 Dated:  August 27, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] ECF No. 13-7 contains Exhibits D and E to Jackson's Declaration.